

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**, et al,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

# O R D E R

The clerk's record was due October 13, 2017, but was not filed. On October 13, 2017, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee. We therefore ordered appellant to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). In response to our order, appellant filed proof of payment for the clerk's record. Accordingly, we **ORDER** the district clerk to file the clerk's record in this court on or before **December 4, 2017**.

Additionally, the reporter's record was due in this court October 13, 2017, but on October 10, 2017, the court reporter filed a notification of late record stating the record would not be filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). Just as with the clerk's record, we ordered appellant to provide written proof to this court that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). We advised appellant that if he failed to respond within the time provided, his brief would be due thirty days after the date the clerk's record is filed, and this court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c). Appellant did not respond to this order, so on October 31, 2017 and November 1, 2017, the

clerk's office of this court contacted counsel for appellant, leaving a message to contact the court with regard to the reporter's record. As of the date of this order, we have received no response. **We therefore ORDER appellant to file his brief in this court thirty days after the date the clerk's record is filed. As previously advised, because appellant has failed to pay or make arrangements to pay for the reporter's record — or show he is entitled to the record without prepayment of the reporter's fee — this court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision.** *See id.*

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court